**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT PIKEVILLE**

**CIVIL ACTION NO. 2013-99 (WOB-CJS)**

**HAROLD BAKER**                                                      **PLAINTIFF**

**VS.**                                        **ORDER**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 15), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that defendant's motion for summary judgment (Doc. 14) is **denied**; and that plaintiff's motion for summary judgment (Doc. 13) is **granted in part** as to plaintiff's request for a reversal of the Commissioner's decision and remand, and **denied in part** to the extent plaintiff requests a court-ordered award of benefits; and that the Decision is **reversed** and the matter is **remanded** to the Commissioner under Sentence four of 42 U.S.C. §405(g), with instructions to the ALJ to reassess whether plaintiff is disabled at step five of the sequential evaluation after obtaining the VE's response to a hypothetical question that

accurately portrays plaintiff's limitations, including those posed by his illiteracy; and that a separate Judgment shall enter concurrently herewith.

This 27th day of June, 2014.



Signed By:

*William O. Bertelsman*

United States District Judge